AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael John Dillon<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00032<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 2/6/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Michael John Dillon                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:     02/07/2023

2023.02.07
12:31:46 -05'00'

*Issuing officer's signature*

City and state:          Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 02/07/2023 , and the person was arrested on *(date)* 02/13/2023<br>at *(city and state)*   Fort Myers, Florida .<br><br>Date: 02/13/2023                    <br>*Arresting officer's signature*<br><br>FBI Special Agent James Roncinske<br>*Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | **Case: 1:23-mj-00032** |
| v. | ) | **Assigned to: Judge Meriweather, Robin M.** |
| Michael John Dillon | ) | **Assign Date: 2/6/2023** |
| DOB: XXXXXX | ) | **Description: COMPLAINT W/ ARREST WARRANT** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ January 6, 2021 ___ in the county of ___ in the in the District of ___ Columbia ___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted  Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

James Roncinske, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___ 02/07/2023 ___

**2023.02.07
12:30:18 -05'00'**

*Judge's signature*

City and state: ___ Washington, D.C. ___

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:23-mj-00032
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/6/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, James M. Roncinske, is a Special Agent (SA) employed by the Federal Bureau of Investigation (FBI). Your affiant is assigned to the FBI's Tampa Division, Fort Myers Resident Agency. Your affiant has been employed as a SA by the FBI for twenty-three years. Immediately prior to being employed by the FBI, your affiant was employed as a police officer for the City of Rochester, New York. Your affiant was a police officer for nine years. As a police officer, your affiant received extensive experience in conducting investigations regarding trespassing, assaults, threats to commit assaults, and firearms violations. Your affiant has received training and experience in conducting investigations of violent crimes that have a Federal nexus. Your affiant was assigned to assist and follow up with leads regarding individuals who engaged in criminal activity in and around the U.S. Capitol on January 6, 2021. Your affiant is authorized by law or by a Government agency to engage in or supervise the prevention, detection, or investigation of violations of Federal criminal laws.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows

1

and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Michael J. Dillon's Involvement in the Events of January 6, 2021*

On January 28, 2021, the FBI received a tip regarding persons who entered the U.S. Capitol. The tipster indicated that Michael J. DILLON of Fort Myers, Florida, entered the "bldg." The tipster provided a full address for DILLON. The tipster also indicated that another individual had entered the "bldg.", and provided that individual's address.

Based on the information provided in the tip, your affiant took additional steps to obtain background information regarding DILLON. Your affiant checked Florida Department of Highway Safety and Motor Vehicle (FLDHSMV) records as well as other databases available to the FBI and found that there was a Michael John DILLON residing at the address in Fort Myers, Florida, provided in the January tip. The FLDHSMV records also contained a photo of DILLON and listed DILLON as being 6'5" tall.

On February 4, 2021, your affiant and an FBI Task Force Officer went to DILLON's home in Fort Myers and spoke with DILLON in the backyard of his residence. DILLON provided his full cellular telephone number ending in -1679. DILLON advised he left Florida on January 5, 2021, and traveled to the Washington, D.C. area. DILLON advised he was at the U.S. Capitol on January 6, 2021. DILLON stated that he did not hurt anyone and did not damage any property. DILLON advised he went there to support President Donald Trump. DILLON declined to provide further information.

Your affiant also received a tip from an individual personally familiar with DILLON that DILLON went inside the Capitol on January 6, 2021 (hereinafter "Witness-1"). Witness-1 said that DILLON was wearing a beige camouflage hat, a black leather jacket, and blue jeans on January 6, 2021.

On March 10, 2021, your affiant provided a physical description of DILLON, including his unusual height and the clothes he was wearing based on the above tip, to a U.S. Capitol Police (USCP) SA. The USCP SA located a man believed to be DILLON on surveillance video

from inside the U.S. Capitol and sent two still surveillance photographs from the video to your affiant. Your affiant observed a white male wearing a beige camouflage baseball cap, a black leather jacket, and blue jeans depicted in the surveillance photographs, who your affiant believed to be DILLON. The two still surveillance photographs are depicted below as "Image 1" and "Image 2":



*Image 1*

3



*Image 2*

Witness-1 later identified the male wearing the beige camouflage baseball cap, black leather jacket, and blue jeans in "Image 1" and "Image 2" above as DILLON.

As a result of the above information, your affiant reviewed videos from various sources, including surveillance and publicly available websites, taken at the U.S. Capitol on January 6, 2021. Based on my review, I have located DILLON on video showing him outside and inside the U.S. Capitol building on January 6, 2021. Your affiant knows that it is DILLON in the surveillance and publicly available video footage because, as further described above, your affiant attempted to interview DILLON on one prior occasion and had the opportunity to observe him during that attempted interview. Further, the picture and identifiers of DILLON in FLDHSMV records, including his height, are consistent with the individual depicted in the surveillance and publicly available video. The individual also appears to be wearing a beige camouflage baseball cap and a black leather jacket. Accordingly, the individual who appears in the CCTV and publicly available videos, the individual depicted in the FLDHSMV photograph, and the individual I interviewed all appear to be the same person, MICHAEL DILLON.

Your affiant identified DILLON in a publicly available video outside of the broken window to one side of the Senate Wing Door. The video depicts other rioters climbing through

4

the broken window and law enforcement on the inside of the window, and an alarm is audible. DILLON is circled in red in the still image included below as "Image 3" from that video.



*Image 3*

Your affiant has also identified DILLON in surveillance footage from inside the Capitol on January 6, 2021. Based on that surveillance footage, at approximately 2:50 p.m., DILLON

5

appears to climb through the window to the right of the Senate Wing Door. A still image from that surveillance footage is included below as "Image 4," with DILLON circled in red.



*Image 4*

A close-up of another still image from the surveillance footage as DILLON enters is included below as "Image 5," with DILLON circled in red:



*Image 5*

According to the surveillance footage, after he entered the Capitol, DILLON remained in the crowd near the Senate Wing Door for several minutes. A close-up of still image from the

7

surveillance footage showing DILLON near a USCP officer is included below as "Image 6," with DILLON circled in red.



*Image 6*

At approximately 2:55 p.m., DILLON left the Capitol building through the Senate Wing Door. A still image from the surveillance footage is included below as "Image 7," with DILLON circled in red.

8



*Image 7*

Your affiant also identified DILLON on the Capitol grounds in another publicly available video. DILLON can be seen in the video standing on the Upper West Terrace with

9

other rioters. A still image from that video is included below as "Image 8," with Dillon circled in red.



*Image 8*

Legally obtained subscriber information confirmed that the phone number ending in -1679 that DILLON provided to your affiant is in fact subscribed to by MICHAEL DILLON. The phone records show that it was active on January 6, 2021, during the time frame of the riot at the U.S. Capitol.

Additionally, pursuant to legal process, the phone records for DILLON's -1679 number show that the phone traveled north on January 5, 2021, from Fort Myers, Florida, and began utilizing cellular telephone towers located in Washington, D.C., on January 6, 2021. The phone records for DILLON's -1679 number show that the phone was used to make an outgoing call at 2:58 p.m. EST. The call utilized a cellular tower located at 200 Independence Avenue, SW Washington, D.C. 20024. This cellular tower is located approximately .3 miles from the U.S. Capitol.

Based on the foregoing, your affiant submits that there is probable cause to believe that Michael DILLON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government

10

business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that DILLON violated 40 U.S.C. § 5104(d)(2)(D), and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

James M. Roncinske
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of February 2023.

2023.02.07
12:29:47 -05'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:   Due Process Protections Act          CASE NO. 3:20-mc-20-J-32

## <u>STANDING ORDER REGARDING</u> <u>DUE PROCESS PROTECTIONS ACT</u>

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:23-mj-1022-KCD

MICHAEL JOHN DILLON

| Judge: | Kyle C. Dudek | Counsel for Government | Mark Morgan |
|---|---|---|---|
| Deputy Clerk: | Courtney Ward | Counsel for Defendant: | James Lappan |
| Court Reporter | Digital | Pretrial/ Probation | Danielle Sull |
| Date/Time | February 13, 2023 01:30 PM | Interpreter | |
| Bench Time | 1:32 PM-1:56 PM 24 minutes | | |

### CLERK'S MINUTES – INITIAL APPEARANCE

Defendant arrested on a Criminal Complaint from the District of Columbia.

Defendant advised of rights, charges, penalties, etc...

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Defendant reserves his right to have his preliminary hearings in the prosecuting district. Defendant waives his identity hearing.

Government is not seeking the defendant's detention but requests conditions of release.

Defendant objects to the conditions proposed, makes proffer, and requests ROR release.
Government responds.
Defense counsel offers rebuttal.

## ORDER OF REMOVAL RULE 5/32.1 TO ENTER

Court discusses with Defendant that charges brought are in District of Columbia. Court releases Defendant on his own recognizance and he is advised of next appearance in DC.
Gov. requests a finding tolling the speedy trial act pursuant to 18 USC 3161 (h)(10(E)—Court finds this is excludable under the Act.

## COMMITMENT TO ANOTHER DISTRICT TO ENTER.

1:56 PM – hearing adjourns.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL JOHN DILLON

_____/

CASE NO.: 2:23-mj-1022-KCD

Charging District:
District of Columbia
Charging District Case No.:
1:23-mj-00032

## ORDER ON REMOVAL PROCEEDINGS AND COMMITMENT TO ANOTHER DISTRICT

Michael John Dillon was arrested and presented for an initial appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c). The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20. Defendant requested and was determined by the Court to be eligible for court-appointed counsel. Therefore, the Court appointed counsel to represent Defendant for purposes of proceedings in the Middle District of Florida only. Defendant waived the right to an identity hearing. Defendant also waived the right to production of the warrant. Following a detention hearing, Defendant was released on conditions pending Defendant's removal to the District of Columbia. Defendant, through Defendant's counsel, reserved the right to a preliminary hearing in the prosecuting District as to the Complaint pursuant to Fed. R. Crim. P. 5.1(a).

Accordingly, the Court **ORDERS** that:

1.      Defendant is released from custody and ordered to appear in the

District Court in which the charge(s) and prosecution are

pending: *i.e.*, the District of Columbia.

2.      If the date and time to appear in the charging District are not set

forth below or were not stated on the record in open court at the

detention hearing, Defendant must appear in the charging District

when notified to do so. Otherwise, the time and place to appear in

the charging District are:

| Place:<br>The hearing is done by Zoom, details below:<br>https://uscourts-dcd.zoomgov.com/j/1605981178?pwd=cVN5US9DMzJ5NWFLNjhGemZmSU1odz09<br>Meeting ID: 160 598 1178<br>Passcode: 717744 | Date and Time:<br>2/21/23 at 1:00 PM |
|---|---|
| | Judge:<br>Hon. Moxila A. Upadhyaya |

3.      The Clerk of this Court is directed to promptly transmit the

papers to the charging District.

**ORDERED** in Fort Myers, Florida on February 13, 2023.


Kyle C. Dudek
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:23-mj-1022-KCD

MICHAEL JOHN DILLON

_____/

## ORDER SETTING CONDITIONS OF
## RELEASE ON PERSONAL RECOGNIZANCE

**IT IS ORDERED** that defendant's release on personal recognizance is subject to the following conditions:

1. The defendant **must not** commit any offense in violation of federal, state or local law while on release in this case.

2. The defendant **must immediately** advise the Court, the Pretrial Services Office (or the supervising officer), defense counsel, and the U.S. Attorney in writing of any change in address and telephone number.

3. The defendant **must** appear at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant **must** next appear in the United States Courthouse and Federal Building or other location in the Courtroom directed upon notice.

4. Other:

## ADVICE OF PENALTIES AND SANCTIONS

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

   Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

If you commit a federal felony offense while on release, the punishment is an additional prison term of not more than ten years. For a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive to (*i.e.*, in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above and I agree to the conditions set forth herein. I also state that I have either read all of the conditions of release imposed or they have been explained to me.

Date: 2/13/23 _____        *Michael J Dillon*
                                Defendant's signature

## Directions to the United States Marshal

The defendant is **ORDERED** released after processing.

Date: 2/13/23 _____        _____

                                Kyle C. Dudek
                                United States Magistrate Judge

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:23-mj-1022-KCD

MICHAEL JOHN DILLON

### COMMITMENT TO ANOTHER DISTRICT

Defendant Michael John Dillon has been ordered to appear in the
<u>District of Columbia</u>.

The defendant:  ☐ will retain an attorney.
                ☒ is requesting court-appointed counsel.

The defendant has been released on personal recognizance after the
initial appearance.

**IT IS ORDERED:** The United States marshal must transport the
defendant, together with a copy of this order, to the charging district and
deliver the defendant to the United States marshal for that district, or to
another officer authorized to receive the defendant.  The marshal or officer in
the charging district should immediately notify the United States attorney
and the clerk of court for that district of the defendant's arrival so that
further proceedings may be promptly scheduled.  The clerk of this district
must promptly transmit the papers and any bail to the charging district.

February 13, 2023

Kyle C. Dudek
United States Magistrate Judge

CLOSED

# U.S. District Court
## Middle District of Florida (Ft. Myers)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-01022-KCD-1

Case title: USA v. Dillon

Other court case number: 1:23-mj-32 District of Columbia

Date Filed: 02/13/2023

Date Terminated: 02/13/2023

Assigned to: Magistrate Judge Kyle C. Dudek

**Defendant (1)**

**Michael John Dillon**
*TERMINATED: 02/13/2023*

represented by **James Lappan**
Federal Public Defender's Office
2075 West First Street
Suite 300
Ft Myers, FL 33901
239/334-0397
Email: jim_lappan@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752.P RESTRICTED BUILDING OR
GROUNDS, 40:5104E.M VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS

**Disposition**

USA                          represented by  **Mark Morgan**
                                             DOJ-USAO
                                             2110 First Street
                                             Suite 3-137
                                             Fort Myers, FL 33901
                                             239-461-2200
                                             Fax: 239-461-2219
                                             Email: mark.morgan@usdoj.gov
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2023 | 1 | Arrest pursuant to Rule 5(c)(2) as to Michael John Dillon (1) District of Columbia. (CGW) (CGW). (Entered: 02/13/2023) |
| 02/13/2023 | 3 | NOTICE OF HEARING as to Michael John Dillon: Initial Appearance set for 2/13/2023 at 01:30 PM in Ft. Myers Courtroom 4 E before Magistrate Judge Kyle C. Dudek. (CGW) (Entered: 02/13/2023) |
| 02/13/2023 | 4 | **ORDER as to Michael John Dillon: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020.** (CGW) (Entered: 02/13/2023) |
| 02/13/2023 | 6 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Bond by Michael John Dillon. (CGW) (Entered: 02/13/2023) |
| 02/13/2023 | 7 | Minute Entry for In Person proceedings held before Magistrate Judge Kyle C. Dudek: granting 6 ORAL Motion to Appoint Counsel for Michael John Dillon \(1); granting 6 ORAL Motion for Bond. Bond set for Michael John Dillon (1) ROR as to Michael John Dillon (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 2/13/2023 as to Michael John Dillon from the District of Columbia. Appearance entered by James Lappan for Michael John Dillon on behalf of defendant. (Digital) (CGW) (Entered: 02/13/2023) |
| 02/13/2023 | 9 | ***CJA 23 Financial Affidavit by Michael John Dillon. (CGW) (Entered: 02/13/2023) |
| 02/13/2023 | 10 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael John Dillon. Signed by Magistrate Judge Kyle C. Dudek on 2/13/2023.** (CGW) (Entered: 02/13/2023) |
| 02/13/2023 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Michael John Dillon. Signed by Magistrate Judge Kyle C. Dudek on 2/13/2023. (CGW)** (Entered: 02/13/2023) |
| 02/13/2023 | 12 | **PERSONAL RECOGNIZANCE RELEASE ORDER as to Michael John Dillon. Signed by Magistrate Judge Kyle C. Dudek on 2/13/2023. (CGW)** (Entered: 02/13/2023) |
| 02/13/2023 | 13 | **COMMITMENT TO ANOTHER DISTRICT as to Michael John Dillon. Defendant committed to the District of Columbia. Signed by Magistrate Judge Kyle C. Dudek on** |

| 02/13/2023 | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Michael John Dillon regarding your case number: 1:23-mj-00032. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CGW) (Entered: 02/13/2023) |